-1-

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| WILLARD BENDER, DON LAMPE, CAROLYN CONNER, JAMES TAYLOR, ROSE ANN ROHR and ROGER SMOKER, as individuals, on behalf of themselves and all persons similarly situated, <br><br> Plaintiffs, <br> v. <br><br> NEWELL WINDOW FURNISHINGS, INC., KIRSCH DIVISION, NEWELL OPERATING COMPANY, INC., and NEWELL RUBBERMAID HEALTH AND WELFARE PROGRAM 506, <br><br> Defendants. | Case No.: 1:06-cv-0113-RJJ <br><br> Hon. Robert J. Jonker <br> United States District Judge |

| | |
|---|---|
| Michael L. Fayette, Esq. <br> PINSKY, SMITH, FAYETTE & KENNEDY, LLP <br> Attorneys for Plaintiffs <br> 146 Monroe Center St., NW - Suite 805 <br> Grand Rapids, MI 49503 | Jack Fuchs, Esq. <br> THOMPSON HINE, LLP <br> Attorneys for Defendants <br> 312 Walnut Street, Suite 1400 <br> Cincinnati, OH 45202 |

## PLAINTIFFS' FIRST APPLICATION AND MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiffs' counsel, Pinsky, Smith, Fayette & Kennedy, LLP, move for an award of attorneys' fees under the Employee Retirement Income Security Act, 29 USC §1132(g)(1). In support, Plaintiffs' counsel states:

1. Under ERISA, an award of attorneys' fees is discretionary with the Court. 29 USC §1132(g)(1).

2. Based upon the factors set forth in <u>Wells v. United Steel</u>, 76 F.3d 731 (6th Cir. 1996), an award of attorneys' fees for Plaintiffs' counsel is appropriate in this case.

-2-

    3.    Plaintiffs' law firm has spent 1828.75 hours in attorney services through March 30, 2011. Litigation costs have been $15,245.40.

    4.    Plaintiffs seek attorneys' fees in the amount of $425 per hour for senior partner and lead counsel Michael L. Fayette, $425 per hour for senior partner H. Rhett Pinsky, and $375 per hour for attorney Pamela K. Bratt and $75 for paralegal.

    5.    This Motion is supported by the Affidavit of Michael L. Fayette (Exhibit 1) and the attached Brief in Support.

WHEREFORE, Plaintiffs' counsel respectfully requests that this Honorable Court grant this motion for attorneys' fees and award them $751,868.75 in attorneys fees and $15,245.40 in costs for a total award of $767,114.50.

The undersigned has requested Defendants' concurrence under Local Rule 7.1(d), but has not received the same.

Dated: March 30, 2011                PINSKY, SMITH, FAYETTE & KENNEDY, LLP
                                      Attorneys for Plaintiffs

                                      By:   */s/ Michael L. Fayette*
                                             Michael L. Fayette (P26107)
                                             146 Monroe Center, NW, Suite 805
                                             Grand Rapids, MI 49503
                                             (616) 451-8496